**HEDINGER & LAWLESS L.L.C.**
Attorneys at Law
147 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2145
(973) 301-9100
Attorneys for Defendant,
Maloney & Curcio, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MALONEY & CURCIO, INC., <br><br> Defendant. | Case 3:17-cv-03345-PGS-DEA <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COST |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

**KENNEDYS CMK LLP**
Plaintiff, Massachusetts Bay Insurance Company

By: /s/ Jillian G. Dennehy
Jillian G. Dennehy

Dated: December 22, 2017

**HEDINGER & LAWLESS L.L.C.**
Attorneys for Defendant,
Maloney & Curcio, Inc.

By: /s/ Robert Hedinger
Robert Hedinger

Dated: December 22, 2017

SO ORDERED: /s/ Peter McDunn
DATED: 12/28/17

5988/24103h